UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion of Related Cases has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

    C 02-5317 MMC    Pugh v. Barnhart
    C 05-4688 RMW    Pugh v. Barnhart

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in any reassigned case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED**: January 27, 2006

                                                        MAXINE M. CHESNEY
                                                        United States District Judge